Pierre A. RENOIR, Petitioner–
Appellant,

v.

Commonwealth of VIRGINIA,
Respondent–Appellee.

No. 01–7313.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Pierre A. Renoir, Appellant Pro Se.
Richard Bain Smith, Assistant Attorney
General, Richmond, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and
MICHAEL, Circuit Judges.

PER CURIAM.

Pierre A. Renoir appeals the district
court's order denying relief on his petition
filed under 28 U.S.C.A. § 2254 (West 1994
& Supp.2001). We have reviewed the rec-
ord and the district court's opinion accept-
ing the recommendation of the magistrate
judge and find no reversible error. Ac-
cordingly, we deny a certificate of appeala-
bility and dismiss the appeal on the rea-
soning of the district court. *See Renoir v.
Virginia,* No. CA–99–580 (W.D.Va. July
31, 2001). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-

terials before the court and argument
would not aid the decisional process.

*DISMISSED.*